STATE of Missouri, Respondent,

v.

Brandon M. ROBERTS, Appellant.

WD 76959

Missouri Court of Appeals,
Western District.

ORDER FILED: DECEMBER 9, 2014

Daniel Neal McPherson, Jefferson City, MO, Counsel for Respondent.

Amy Marie Bartholow, Columbia, MO, Counsel for Appellant.

Before Division Two: Victor C. Howard, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Brandon M. Roberts appeals from a judgment entered upon a jury verdict convicting him of stealing by deceit pursuant to Section 570.030, RSMo Cum. Supp. 2009. We affirm. Rule 30.25(b).